# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. BURCH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. HARTLEY, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-00508-OWW-GSA PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE KAREN TRAVIS AS ATTORNEY OF RECORD FOR PLAINTIFF, ADD GALORAH KESHAVARZ WITH KHORRAMI POLLARD & ABIR LLP AS ATTORNEY OF RECORD FOR PLAINTIFF, AND SERVE A COPY OF THIS ORDER ON MS. KESHAVARZ AND MS. TRAVIS<br><br>(Docs. 10 and 27)<br><br>ORDER DIRECTING DEFENDANT SHIN TO RE-SERVE FILINGS ON GALORAH KESHAVARZ<br><br>(Docs. 25, 26, 29) |

　　　　This is a civil action filed pursuant to 42 U.S.C. § 1983 and California tort law by Plaintiff Christopher H. Burch, a state prisoner. Plaintiff filed this action on April 15, 2008, proceeding pro se. On November 4, 2008, attorneys Karen Travis, Mark Ravis, and Galorah Keshavarz with the law firm of Khorrami Pollard & Abir LLP filed notices of appearance as counsel for Plaintiff. (Docs. 10-12.) Ms. Travis and Mr. Ravis are no longer employed at Khorrami Pollard & Abir LLP.[1] (Doc. 27.)

　　　　Accordingly, the Clerk of the Court is **HEREBY DIRECTED** to (1) terminate Karen Travis as counsel for Plaintiff, (2) add Galorah Keshavarz of Khorrami Pollard & Abir LLP as counsel for

---

[1] The Court takes judicial notice of the records of the State Bar of California.

1 Plaintiff, pursuant to Ms. Keshavarz's notice of appearance filed November 4, 2008, and (3) serve
2 this order on Ms. Keshavarz and Ms. Travis.[2]  (Doc. 10.)
3     Further, Defendant Shin **SHALL** serve his motion to dismiss, accompanying notice, and
4 notice of advancement of hearing on Ms. Keshavarz. (Docs. 25, 26, 29.)

6     IT IS SO ORDERED.
7     **Dated:**   **August 27, 2009**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Mr. Ravis and Ms. Keshavarz should have been added as attorneys of record for Plaintiff on November 4, 2008, along with Ms. Travis, but were not, in error.