# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. BURCH, | CASE NO. 1:08-cv-00508-OWW-GSA PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS SALMI, HAWTHORNE, HARMAN, COHEN, SILVEANU, AND KAHNG SHOULD NOT BE DISMISSED FROM ACTION FOR FAILURE TO PROVIDE INFORMATION SUFFICIENT FOR MARSHAL TO EFFECT SERVICE |
| v. | |
| JAMES A. HARTLEY, et al., | |
| Defendants. | |
| | (Docs. 18-23) |
| | THIRTY-DAY DEADLINE |

This is a civil action filed pursuant to 42 U.S.C. § 1983 and California tort law by Plaintiff Christopher H. Burch, a state prisoner. This action is proceeding on Plaintiff's amended complaint, filed on November 4, 2008. (Doc. 9.) On March 17, 2009, the Court issued an order directing the United States Marshal to initiate service of process on thirteen defendants.[1] (Doc. 15.) The Marshal was unable to locate and serve Defendants Salmi, Hawthorne, Harman, Cohen, Silveanu, and Kahng, and on May 1, 2009, the Marshal returned the USM-285 forms to the Court.[2] (Docs. 18-23.)

Pursuant to Rule 4(m),

> [i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that

---

[1] Plaintiff is represented by counsel, but is entitled to service by the Marshal because he was granted leave to proceed in forma pauperis. Fed. R. Civ. P. 4(c)(3).

[2] Defendant Young filed a motion to dismiss, and service on the other six defendants is still in process.

1

defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Pursuant to Rule 4(m), the Court will provide Plaintiff with the opportunity to show cause why these six defendants should not be dismissed from the action at this time.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why Defendants Salmi, Hawthorne, Harman, Cohen, Silveanu, and Kahng should not be dismissed from this action; and

2. The failure to respond to this order or the failure to show cause will result in the dismissal of Defendants Salmi, Hawthorne, Harman, Cohen, Silveanu, and Kahng from this action.

IT IS SO ORDERED.

Dated:   **August 28, 2009**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE