# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. BURCH,<br><br>           Plaintiff,<br><br>     v.<br><br>JAMES A. HARTLEY, et al.,<br><br>           Defendants.<br>                                              / | CASE NO. 1:08-cv-00508-OWW-GSA PC<br><br>ORDER EXTENDING APPLICATION OF AMENDED DISCOVERY AND SCHEDULING ORDER TO DEFENDANT CASTILLO<br><br>(Docs. 34 and 43) |

On September 8, 2009, Defendant Castillo filed an answer to Plaintiff's amended complaint. Application of the amended discovery and scheduling order, filed September 3, 2009, is HEREBY EXTENDED to Defendant Castillo.

IT IS SO ORDERED.

**Dated:   September 17, 2009**          **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

1