# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. BURCH, | CASE NO. 1:08-cv-00508-OWW-GSA PC |
| Plaintiff, | ORDER VACATING HEARING SET FOR OCTOBER 30, 2009, AT 9:30 A.M. ON DEFENDANT DANIEL YOUNG SHIN'S MOTION TO DISMISS |
| v. | |
| JAMES A. HARTLEY, et al., | (Docs. 25 and 28) |
| Defendants. | **Opposition Deadline:    10/16/2009** |
| _____ / | **Reply Deadline:        10/27/2009** |

Defendant Daniel Young Shin's motion to dismiss is set for hearing before the undersigned on October 30, 2009, at 9:30 a.m.  The Court has reviewed the motion and finds it is appropriate for the motion to be submitted upon the record and briefs without oral argument.  Local Rule 78-230(h). Accordingly, it is HEREBY ORDERED that:

1.    The hearing on Defendant's motion to dismiss set for October 30, 2009, at 9:30 a.m. is VACATED;

2.    Plaintiff's opposition or statement of non-opposition to the motion to dismiss is due on or before October 16, 2009; and

3.    Defendant's reply, if any, is due on or before October 27, 2009.

IT IS SO ORDERED.

**Dated:    September 17, 2009**          _____ **/s/ Gary S. Austin** _____
                                    UNITED STATES MAGISTRATE JUDGE

1