# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. BURCH,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES A. HARTLEY, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:08-cv-00508-OWW-GSA PC<br><br>ORDER ADDRESSING NOTICE<br>OF VOLUNTARY DISMISSAL<br><br>(Doc. 52)<br><br>ORDER DIRECTING DEFENDANTS TO FILE OPPOSITION, IF ANY, WITHIN TWENTY-ONE DAYS |

This is a civil rights suit filed pursuant to 42 U.S.C. § 1983. On December 8, 2009, Plaintiff Christopher H. Burch filed a notice of voluntary dismissal, without prejudice, and noted that Defendants have not filed a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Because Defendants have filed an answer, Plaintiff does not have the absolute right to dismiss the action, Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001), and a court order is required absent the submission of a stipulation, Fed. R. Civ. P. 41(a)(1)(A)(ii).

If Defendants object to the dismissal of this action without prejudice, they have **twenty-one (21) days** from the date of service of this order within which to file an opposition. Local Rule 78-230(l). Plaintiff's reply, if any, is due seven (7) days thereafter. Id.

IT IS SO ORDERED.

Dated:  December 14, 2009         /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1