# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. BURCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES A. HARTLEY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00508-OWW-GSA PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE<br><br>(Docs. 52 and 54) |

This is a civil rights suit filed pursuant to 42 U.S.C. § 1983. On December 8, 2009, Plaintiff Christopher H. Burch filed a notice of voluntary dismissal, without prejudice, and noted that Defendants have not filed a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Because Defendants have filed an answer, Plaintiff does not have the absolute right to dismiss the action, Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001), and a court order is required absent the submission of a stipulation, Fed. R. Civ. P. 41(a)(1)(A)(ii). Therefore, the Court issued an order on December 15, 2009, notifying Defendants that if they object to the dismissal of this action without prejudice, they have twenty-one days from the date of service of this order within which to file an opposition. Local Rule 78-230(l). On December 16, 2009, Defendants filed a notice stating they do not oppose dismissal without prejudice.

///
///
///
///

1

1 | Accordingly, this action is HEREBY DISMISSED, without prejudice.  Fed. R. Civ. P.
2 | 41(a)(1)(A)(ii).
3 |
4 | IT IS SO ORDERED.
5 | **Dated:   December 18, 2009**                     /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE